IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00245-RM-MJW

WESTROC TRUCKING, INC., and
WESTROC OILFIELD SERVICES, INC.,

Plaintiffs,

v.

FRONTIER DRILLING, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Stipulated motion to Extend Scheduling Order (Docket No. 62) is GRANTED for good cause shown;

- The Scheduling Order (Docket No. 21) is AMENDED such that the deadline to make affirmative expert disclosures is January 21, 2016; the deadline to make rebuttal expert disclosures is February 18, 2016; the cut-off for expert discovery is March 3, 2016; and the deadline for dispositive motions is March 17, 2016.

- The Final Pretrial Conference set for March 7, 2016, at 9:00 a.m. is VACATED and RESET for May 9, 2016, at 9:30 a.m.

Date: November 2, 2015