IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00245-RM-MJW

WESTROC TRUCKING, INC., and
WESTROC OILFIELD SERVICES, INC.,

Plaintiffs,

v.

FRONTIER DRILLING, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Second Stipulated Motion to Extend Deadlines Under Scheduling Order (Docket No. 68) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 21) is AMENDED such that the deadline to make rebuttal expert disclosures is March 3, 2016; the cut-off for expert discovery is March 17, 2016; and the deadline for dispositive motions is March 31, 2016.

Date: February 17, 2016