IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-00245-RM-MJW

WESTROC TRUCKING, INC., and
WESTROC OILFIELD SERVICES, INC.,

    Plaintiffs,

v.

FRONTIER DRILLING, LLC,

    Defendant.

_____

**ORDER**
_____

    Based on the Minute Order entered in this matter by Magistrate Judge Michael Watanabe on February 23, 2016 indicating that settlement had been reached among the parties as to all claims (ECF No. 72), it is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment (ECF No. 28) is DENIED, without prejudice, as moot.

    DATED this 24th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge